UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY L. WILLIAMS, | No. 2:18-CV-1902-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| MATTILLION, et al., | |
| Defendants. | |

On June 29, 2018, plaintiff, a prisoner proceeding pro se, brought a civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by Eastern District of California local rules. On September 6, 2019, the Magistrate Judge filed findings and recommendations, which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations were filed and on January 9, 2020, this court adopted the findings and recommendations in full. The Clerk of the Court was directed to enter judgment and close this file. Order, ECF No. 26. Plaintiff's notice regarding amended complaint (Mot., ECF. No. 28) is construed as a motion for reconsideration of the court's January 9, 2020 order dismissing the case without prejudice for lack of prosecution and failure to comply with court rules and orders. Order at 2. Plaintiff asks the court to "accept and file my amended complaint filed on November 28, 2019." Mot. at 2. Plaintiff does not attach an amended complaint to his motion,

1

nor does the docket show plaintiff filed an amended complaint on November 28, 2019, or any other time after October 4, 2019, when the magistrate judge granted him additional time to amend. Therefore, the court finds no reason to reconsider its original order and the motion is DENIED.

This order resolves ECF No. 28.

IT IS SO ORDERED.

DATED: March 13, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE