# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY L. WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTILLON, et al.,<br><br>　　　　Defendants. | No. 2:18-CV-1902-KJM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is plaintiff's motion to consolidate filings fees (ECF No. 32) for this case and a prior action. Plaintiff's motion is denied pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). In bringing this action in an attempt to relitigate a previously dismissed claim, plaintiff is not entitled to recovery of the mandatory filing fee incurred with such filing.

　　　　IT IS SO ORDERED.

Dated:  June 12, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE